## Commonwealth ex rel. Entler *v.* Entler, Appellant.

Argued December 12, 1968. *Gerald I. Roth,* for appellant; *Wardell F. Steigerwalt,* with him *John F. Stine, Jr.,* for appellee.

Order affirmed.

## Commonwealth ex rel. Martin, Appellant, *v.* Rundle.

Submitted December 11, 1968. *Philip D. Weiss,* and *McTighe, Koch, Brown & Weiss,* for appellant; *Richard A. Devlin, Henry T. Crocker* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Morrison, Appellant, *v.* Morrison.

Before BODLEY, J.

Argued December 11, 1968. *John S. Neal, Jr.,* for appellant; *John H. Wood, Jr.,* with him *Wood and Floge,* for appellee.

The appeal is quashed.

JACOBS, J., would not quash but would consider the merits of the case.

HOFFMAN, J., would quash the appeal, without prejudice.